1  MELINDA HAAG (CABN 132612)
   United States Attorney

2  JOANN M. SWANSON (CSBN 88143)
3  Chief, Civil Division

4  STEPHEN L. JOHNSON (SBN 145771)
   Assistant United States Attorney
5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-7161
   Facsimile: (415) 436-7169
7  stephen.johnson1.@usdoj.gov

8  Attorneys for United States of America

RECEIVED
2010 AUG 31 P 1:53
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT

9              UNITED STATES DISTRICT COURT
10            NORTHERN DISTRICT OF CALIFORNIA
11                SAN FRANCISCO DIVISION

12 UNITED STATES OF AMERICA,           )
                                       ) Case No.: CR 93-0470MAG
13              Plaintiff,             )
                                       )
14      v.                             )
                                       )
15 EDUARDO BERDIAGO,                   )
                                       ) (~~PROPOSED~~)
16              Defendant.             ) **ORDER REMITTING FINE**
   _____)

17     Upon petition of the United States of America, and for good cause shown,

18     IT IS HEREBY ORDERED AND ADJUDGED that pursuant to the provisions of 18 U.S.C. §

19 3573, the unpaid portion of the fine imposed against the defendant in the amount of $100.00, accrued

20 interest in the amount of $0.00, and penalties in the amount of $0.00 are hereby remitted.

23 Dated: 2/[?]/10

                                          _____
                                          United States Magistrate Judge